UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NINO BUTKOVSKAYA,

     Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS CO., CITIBANK, N.A., KOHL'S DEPARTMENT STORES, INC., and SYNCHRONY BANK,

     Defendants.

Case No. 1:19-cv-11014-LGS

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

---

Plaintiff Nino Butkovskaya ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Equifax Information Services, LLC (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC, and adjourn all deadlines and conferences.

DATED: January 13, 2020    **COHEN & MIZRAHI LLP**
              EDWARD Y. KROUB

              /s/ Edward Y. Kroub
              EDWARD Y. KROUB

---

Application GRANTED. All proceedings in this matter as to Defendant Equifax Information Services, LLC, including any pending deadlines, are stayed. Plaintiff and Defendant Equifax Information Services, LLC shall, by February 14, 2020, file a stipulation of voluntary dismissal or a joint status letter apprising the Court of the status of the settlement.

Dated: January 31, 2020
   New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
dan@cml.legal
edward@cml.legal

*Attorneys for Plaintiff Nino Butkovskaya*