```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
NINO BUTKOVSKAYA,                             :
                              Plaintiff,      :     19 Civ. 11014 (LGS)
                                              :
              -against-                       :     ORDER
                                              :
EQUIFAX INFORMATION SERVICES, LLC, et         :
al.,                                          :
                              Defendants.     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's Order at Dkt. No. 15, Plaintiff and Defendant American Express Co. were ordered to file a status letter on March 30, 2020. No status letter was filed;

WHEREAS, pursuant to this Court's Order at Dkt. No 37, the parties were referred for mediation. The Order directs the first session of mediation to occur no later than March 25, 2020. No mediation session was held. It is hereby

**ORDERED** that Plaintiff and Defendant American Express Co. shall file a status letter by **April 3, 2020**. It is further

**ORDERED** that the parties shall jointly file a letter by **April 3, 2020**, apprising the Court of the status of mediation.

Dated: March 31, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**