```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
NINO BUTKOVSKAYA,                             :
                            Plaintiff,        :    19 Civ. 11014 (LGS)
                                              :
            -against-                         :    AMENDED ORDER
                                              :
EQUIFAX INFORMATION SERVICES, LLC, et         :
al.,                                          :
                            Defendants.       :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 24, 2020 this case was referred for mediation to the Court-annexed Mediation Program. The order of reference directed that the first session of mediation must take place by March 25, 2020 (Dkt. No. 37). It is hereby

**ORDERED** that, due to the COVID-19 pandemic, the order of reference is hereby amended. The first session of mediation shall take place no later than **June 25, 2020**, and may take place telephonically.

Dated: April 6, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**