UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NINO BUTKOVSKAYA,
                                Plaintiff,          19 Civ. 11014 (LGS)

           -against-                        ORDER

EQUIFAX INFORMATION SERVICES, LLC, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to this Court's Order on February 25, 2020, the parties were directed to file a joint status letter by April 26, 2020 (Dkt. No. 39);

      WHERAS, no such status letter was filed. It is hereby

      ORDERED that the parties shall file the joint status letter by **May 1, 2020**.

Dated: April 28, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**