UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NINO BUTKOVSKAYA,                                           :
                                    Plaintiff,              :     19 Civ. 11014 (LGS)
                                                            :
            -against-                                       :     ORDER
                                                            :
EQUIFAX INFORMATION SERVICES, LLC, et                       :
al.,                                                        :
                                    Defendants.             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's Order at Dkt. No. 15, Plaintiff and Defendant American Express Co. were ordered to file a status letter on May 18, 2020. No status letter was filed. It is hereby

**ORDERED** that Plaintiff and Defendant American Express Co. shall file a status letter by **May 22, 2020**.

Dated: May 20, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**