```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NINO BUTKOVSKAYA,                                            :
                                         Plaintiff,          :    19 Civ. 11014 (LGS)
                                                             :
                    -against-                                :    ORDER
                                                             :
EQUIFAX INFORMATION SERVICES, LLC, et                        :
al.,                                                         :
                                         Defendants.         :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's Order at Dkt. No. 15, Plaintiff and Defendant American Express Co. were ordered to file a status letter on July 6, 2020.  No status letter was filed.  It is hereby

**ORDERED** that Plaintiff and Defendant American Express Co. shall file a status letter by **July 9, 2020**.  The parties shall explain in the status letter why they have consistently failed to timely file the status letters.  The parties are reminded that compliance with this Court's orders is not optional.

Dated: July 7, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**